# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   20−30090−KRH
**Chapter**   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brandon Michael Deavers
10480 Karen Court
King George, VA 22485

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−6375

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on April 20, 2020 dismissing the above−captioned case.

Dated:   April 20, 2020

[VAN015vDec2009.jsp]

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 20-30090-KRH
Brandon Michael Deavers                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: cummingsj          Page 1 of 1          Date Rcvd: Apr 20, 2020
                              Form ID: VAN015          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2020.
```
db              #+Brandon Michael Deavers,    10480 Karen Court,    King George, VA 22485-3847
cr               +Nissan Motor Acceptance Corp.,    c/o Samuel I. White, P.C.,    1804 Staples Mill Road,
                   Suite 200,    Richmond, VA 23230-3530
15201770          Atlantic Union Bank,    10045 Kings Highway,    King George, VA 22485-0000
15210107         +BB&T now Truist, Bankruptcy Section,    100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
15201774         +E-Z Pass Customer Service,    P.O. Box 1234,    Clifton Forge, VA 24422-0724
15201775         +King George YMCA,    10545 Kings Hwy,    King George, VA 22485-3431
15201777         +Nissan Motor Acceptance,    Attn: Bankruptcy Dept,    Po Box 660360,    Dallas, TX 75266-0360
15226590         +Nissan Motor Acceptance Corporation,    PO Box 9013,    Addison, Texas 75001-9013
15201778         +Stafford County Circuit Court,    P.O. Box 69,    Stafford, VA 22555-0069
15201779         +Stafford Hospital Center,    101 Hospital Center Blvd,    Stafford, VA 22554-6200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15201771          E-mail/Text: bankruptcy@bbandt.com Apr 21 2020 04:22:47      BB&T,    Attn: Bankruptcy,
                   P.O. Box 1847,    Wilson, NC 27894-0000
15201772         +EDI: CAPITALONE.COM Apr 21 2020 07:23:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                   Salt Lake City, UT 84130-0285
15201773         +EDI: DISCOVER.COM Apr 21 2020 07:23:00      Discover Financial,    Po Box 3025,
                   New Albany, OH 43054-3025
15201776          E-mail/Text: camanagement@mtb.com Apr 21 2020 04:22:57      M & T Bank,    Attn: Bankruptcy,
                   Po Box 844,    Buffalo, NY 14240-0000
15278486          E-mail/Text: camanagement@mtb.com Apr 21 2020 04:22:57      M&T Bank,    P.O. Box 840,
                   Buffalo, NY 14240-0840
15273094          EDI: PRA.COM Apr 21 2020 07:23:00      Portfolio Recovery Associates, LLC,    POB 41067,
                   Norfolk, VA 23541
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Lakeview Loan Servicing LLC
                                                                                             TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2020 at the address(es) listed below:
```
              Daniel Kevin Eisenhauer    on behalf of Creditor    Lakeview Loan Servicing LLC
               ANHSOrlans@InfoEx.com, ecfaccount@orlans.com
              James E. Kane    on behalf of Debtor Brandon Michael Deavers jkane@kaneandpapa.com,
               info@kaneandpapa.com,bfrazier@kaneandpapa.com,gwhite@kaneandpapa.com,sfalkowski@kaneandpapa.com
              John P. Fitzgerald, III    USTPRegion04.RH.ECF@usdoj.gov
              Michael Todd Freeman    on behalf of Creditor    Nissan Motor Acceptance Corp. mfreeman@siwpc.com,
               dsasser@siwpc.com;ewhite@siwpc.com;jmuncy@siwpc.com;npatel@siwpc.com;bkreferrals@siwpc.com;siwbke
               cf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
              Suzanne E. Wade    ecfsummary@ch13ricva.com, trustee@ch13ricva.com;fred@cmc13.net
                                                                                              TOTAL: 5
```